UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO: **SEALED** |
| Robert Ferguson<br>Earnest Gibson, IV<br>William Bullock, III<br>Regina Askew<br>Robert Ferguson<br>Leslie Clark<br>Robert Crane | § § § § § § § § § § § § | H 12 -600 |

*Sealed / Unsealed Per Order* (stamp)

## ORDER FOR ISSUANCE OF BENCH WARRANT

A CRIMINAL INDICTMENT has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

Robert Ferguson

☐ DETENTION
☒ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on October 1, 2012.

*[signature]*
UNITED STATES MAGISTRATE JUDGE