| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA<br><br>versus<br><br><br>ROBERT FERGUSON | **Notice of Setting**<br><br>Criminal  H-12-600-4 |
|---|---|

**You are directed to appear before**

**Judge Lee H. Rosenthal**
Courtroom 11-B, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

on     JUNE 16,  2014, at     2:00   p.m.

**Purpose of Proceeding**

- ☒ Re-arraignment
- ☐ Pretrial Conference
- ☐ Jury Selection and Trial, ETT:_____
- ☐ Hearing _____
- ☐ Hearing on pending motions
- ☐ Pretrial Conference is also   set   _____ at   ____.m.
- ☐ Sentencing
- ☐ Probation Revocation Hearing
- ☐ Suppression Hearing

Copies:     AUSA      Laura Cordova/Ashlee McFarlane
             Defense Counsel   David Kiatta
             U.S. Probation Office-YES
             Case Manager   Lisa Eddins
             Interpreter_____
             Surety (must produce the defendant or forfeit bond)

David Bradley,  Clerk of the Court

By: _*Lisa Eddins*_____                    6/9/14
           Deputy Clerk                                              Date