IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-600 |
| | § § | |
| WILLIAM BULLOCK III<br>LESLIE CLARK<br>ROBERT FERGUSON | § § § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 475). The motion for continuance is GRANTED. The presentence report will be disclosed by October 12, 2015. The sentencing hearing is reset to **November 17, 2015, at 9:00 a.m.**

SIGNED on May 22, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge