United States District Court
Southern District of Texas
**ENTERED**
November 10, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-600 |
| | § | |
| WILLIAM BULLOCK III | § | |
| LESLIE CLARK | § | |
| ROBERT FERGUSON | § | |

**O R D E R**

Defendants Bullock, Ferguson and Clark filed a joint unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 570). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 14, 2016, at 9:00 a.m.**

SIGNED on November 10, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge