IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-600-4 |
| | § | |
| ROBERT FERGUSON | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 640). The motion for continuance is GRANTED. The sentencing hearing is reset to **March 30, 2017 at 9:30 a.m.**

SIGNED on November 29, 2016, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge