United States District Court
Southern District of Texas

**ENTERED**
March 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-600-4 |
| ROBERT FERGUSON | § § § § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 640). The motion for continuance is GRANTED. The sentencing hearing is reset to **March 30, 2017 at 9:30 a.m.**

SIGNED on March 24, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge